UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Tina R. Seals_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_City of NY, State of NY_
_~~FBI~~_

RECEIVED
SDNY PRO SE OFFICE
2016 NOV 17 AM 11: 45
S.D. OF N.Y.

**COMPLAINT**

**16CV 8968**

Jury Trial:  ☐ Yes  ☒ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Tina R. Seals_
Street Address _1260 Sedgwick_
County, City _Bronx, Bronx_
State & Zip Code _NY  10452_
Telephone Number _____

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _City of NY_
Street Address _____

*Rev. 05/2010*

```
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 2    Name  State g NY
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 3    Name  FBI
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____

Defendant No. 4    Name _____
                Street Address _____
                County, City _____
                State & Zip Code _____
                Telephone Number _____
```

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions          ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  Bronx
Defendant(s) state(s) of citizenship  Manhattan

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Manhattan locations: Stadium Shelter (Bronx), SDNY (Sanitation Dept NY), Business Link HRA, Dept. of Homeless Services

B. What date and approximate time did the events giving rise to your claim(s) occur? Since 3/2014 to the present. Specific incidents 2015-2016 and today at Dept. Sanitation 9:30 am 11/17/16 - WEP orientation

C. Facts: [What happened to you?] The FBI, city of NY, and State of NY, have continued to violate my constitutional rights (4,5,6,7, an 14), using me as a non-subpoenaed witness, in matters to the state. The most recent event, took place today, 11/17/16 at Sanitation Department, NY. In which I was sent by Business Link to apply for a 12-month WEP assignment. That was supposed to be guaranteed to put me to work, immediately for $12/hr. So that I could get moved from Stadium Shelter. Instead, it ended up being a forced interaction with HIV Infected persons, referencing [Who did what?] michael Timmons Jones, malik Bulgin, Biesha Buldon, Alfonzo Hardwick (FDNY), Luella Hardwick, Rebecca West, Donnie McClurkin, Tamara Bennett, Jane Doe 1, Charo Rosario Depretti, Leslie Doe, Moore Doe, Thomas Crump, Thomas Crump Doe 1, Doe 2, Margaret Harring Lewis, Keisha (margarets niece who recked the car killing [Who else saw what happened?] the people), and others, that I couldnt identify. And I was told at the meeting, that the job wasn't Immediately available. But our background would be checked to see if we qualify to work in the USA.

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Forced to serve as an "intimidated witness" to state Forced to interact with people "looking like the Detroit rapist" from 227 E. Philadelphia. Juan McCray, Kiesha, Her boyfriend Moore, Amos McCray, Kim (White female doe of Amos), Juan McCray Doe, David Brown Doe, Other rapist. Johnson/Jones. Being forced to sleep in the same shelter room with relatives of Mike Timmons, Rob Jones, McClurkin, and Crump.

Rev. 05 2010

Injury (Continue)

Everytime I show for work, the Feds set up some type of "ID" trap. Blocking my ability to work. And using me to reveal, without subpoena, the image, and likeness, of individuals. They have identified as joined with Moore, Crump, McGurkin, Lawrence, Jones, Timmons, and Reed — in spreading HIV, ~~assault~~ child abuse, child molestation, human trafficking, and child abandonment.

It is not my responsibility to answer for these defendants. I have not spread HIV. I dont have it. I have not trafficked, abused, or sexually abused, any kids.

And its a violate of my constitutional rights to have to serve as an "intimidated witness" to the state.

I want them to stop. And I demand $15 million USD to help me recover from the lost wages, opportunity, housing, relationships, they have caused forcing me to answer for the actions of these defendants.

I have a legal right to 4th, 5th, 6th, 7th and 14th Amendment protection, under the US Constitution, as

- I AM NOT Declared a Terrorist
- I Have NOT committed a capital offense
- I AM NOT standing trial for a gross crime against humanity.

4th I have a right to know and question my accusers
5th Self-Incrimination
6th Right to know the matter / Plaintiff
7th Unusual Punishment (Stadium) 3/2014 - Present
14th Due Process (Substantive / Procedural)

You owe me Damages, You Never Subpoenaed me! So you have Poisoned Fruit!

2

AND I AM GOING TO KEEP FILING UNTIL YOU ALL FOLLOW FEDERAL RULES OF CRIMINAL PROCEDURE

Subpoena:

I have a right to know why I am being forced to tell you the image and likeness of members of Perfecting Faith New York Pastor Donald McClurkin. And their HIV/AIDS status! And about the babies they have made, sold, abused, distributed. I do NOT work for PFC, PC, or any baby making group Reed, Moore, Crump, Jones, Timmons, McClurkin, so don't ask me.

3

And I don't give a _ if you don't like it. I don't like your abuse. Kiss my ☺

**V.   Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

$15 million USD

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of November, 2016.

Signature of Plaintiff: *Tina R Seals*

Mailing Address: 1260 Sedgwick, Bronx, NY 10452

Telephone Number: _____

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 17th day of November, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Tina R. Seals*

Inmate Number: _____

Rev. 05/2010